IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NAWAB ALI,** *Petitioner,* | : : : : | **CIVIL ACTION** **NO. 26-729** |
| v. | : : | |
| **JL JAMISON,** *in his official capacity as Warden, Philadelphia Federal Detention Center, et al.,* *Respondents.* | : : : : : | |

## TEMPORARY RESTRAINING ORDER

**AND NOW**, this 6th day of February 2026, at approximately noon., Eastern Standard Time, upon consideration of the *emergency motion for temporary restraining order and order to show cause*, (ECF 2), filed by Petitioner Nawab Ali, ("Petitioner"), and the averments in the *petition for a writ of habeas corpus* (the "Petition"), (ECF 1), it is hereby **ORDERED** that the motion for temporary restraining order is **GRANTED**, *in part*, as follows:

1. This Court finds that:
    a. The Petition and motion for temporary restraining order raise substantive issues that may have merit, and time may be of the essence, thus, justifying *ex-parte* action by this Court; and
    b. In the absence of injunctive relief, and based on the arguments presented, Petitioner is likely to suffer substantial, immediate, and irreparable injury, including, *inter alia*, removal from the United States of America without due process of law, in violation of the Fifth Amendment of the United States Constitution, and in contravention of the status previously awarded to him by the United States Citizenship and Immigration Services.
2. Accordingly, unless later rescinded, Respondents JL Jamison, Warden of the Philadelphia Detention Center, Todd Lyons, Acting Director of Immigration and Customs Enforcement, Kristi Noem, Secretary of the United States Department of

Homeland Security, Pamela Bondi, United States Attorney General, and all persons and/or government entities in active concert or participation with JL Jamison, are **RESTRAINED** and **ENJOINED** from taking any action that would result in the removal of Petitioner from within the boundaries of the Eastern District of Pennsylvania, pending further Order of this Court.

3. In accordance with Federal Rule of Civil Procedure 65(c), Petitioner shall post nominal security in the amount of one hundred dollars ($100) with the Clerk of Court for the Eastern District of Pennsylvania by February 11, 2026.

4. This Temporary Restraining Order shall expire on February 20, 2026, at noon, Eastern Standard Time, unless, before such time, Respondents consent to its extension for a longer period of time, or the Court extends the duration of this Order for good cause or adjudicates the underlying Petition or Motion.

5. Respondents shall file a response to Petitioner's motion for temporary restraining order by February 13, 2026.

The Clerk of the Court is herein **DIRECTED** to forward electronically a copy of the Petition, (ECF 1), the motion for temporary restraining order (ECF 2), and all Orders issued, and the Clerk's office acceptance of service form, to the Chief, Civil Division, at the Philadelphia United States Attorney's Office.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*